# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELIS HOLDINGS, LLC, et al., | Case No. 2:15-cv-00147-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| LEARNED HAND, | (Docket No. 40) |
| Defendant(s). | |

Pending before the Court is a motion for protective order filed on an emergency basis. Docket No. 40. As an initial matter, the Court **ORDERS** counsel to continue their meet-and-confer efforts and, more particularly, to conduct an in-person or telephonic meet-and-confer to further discuss the dispute by 5:00 p.m. today, September 14, 2015. In the event counsel resolve the dispute, Plaintiffs shall promptly file a notice that they are withdrawing the pending motion for protective order. In the event counsel do not resolve the dispute, any response to the motion for protective order must be filed no later than noon on September 15, 2015.

IT IS SO ORDERED.

Dated: September 14, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE