CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
cflynn@armstrongteasdale.com

CARLOS E. DUQUE, ESQ. (*PRO HAC VICE*)
Massachusetts Bar No. 676221
JPF SECURITIES LAW LLC
745 Atlantic Avenue, 8th Floor
Boston, MA 02111
Telephone:  317. 270.3353
Facsimile:  980. 422.0334
cduque@jpfsecurities.com

*Attorneys for Defendant*
*Learned J. Hand*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FIDELIS HOLDINGS LLC., a Nevada limited liability company; FIDELIS HOLDINGS LAS VEGAS LLC; a Nevada limited liability company; FIDELIS HOLDINGS HENDERSON LLC, a Nevada limited liability company,<br><br>              Plaintiffs,<br><br>vs.<br><br>LEARNED J. HAND, an individual,<br><br>              Defendant. | Case No.:  2:15-cv-00147-GMN-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER [DOCKET # 40]** |

Plaintiffs Fidelis Holdings, LLC, Fidelis Holdings Las Vegas, LLC, and Fidelis Holdings Henderson, LLC's ("Plaintiffs"), by and through their undersigned counsel, and Defendant Learned J. Hand ("Defendant"), by and through his undersigned counsel, hereby stipulate and agree that Plaintiffs' Emergency Motion for a Protective Order to Postpone Depositions [Docket # 40] shall be withdrawn.  This Stipulation is entered into due to the fact that the parties agree that the

1  depositions scheduled for this week will not be going forward in light of recent developments in the
2  action styled as *Hand v. Brasov, et al.*, Case No. 2014CV33254, Colorado State Court for the
3  County of El Paso ("Colorado Action").  The parties are working towards mutually agreeable dates
4  and times to re-schedule these depositions.

5  DATED this 15th day of September, 2015.     DATED this 15th day of September, 2015.

6  TAKOS LAW, LTD.                              ARMSTRONG TEASDALE LLP

8  By:/s/*Zachary P. Takos*                     By:/s/*Conor P. Flynn*
     ZACHARY P. TAKOS, ESQ.                         CONOR P. FLYNN, ESQ.
9    Nevada Bar #11293                              Nevada Bar #11569
     1980 Festival Plaza Drive, Suite 300           3770 Howard Hughes Parkway, Suite 200
10   Las Vegas, NV 89135                            Las Vegas, Nevada 89169

11   *Counsel for Plaintiffs Fidelis Holdings*      CARLOS E. DUQUE, ESQ. (*Pro Hac Vice*)
     *LLC, Fidelis Holdings Las Vegas LLC and*      745 Atlantic Avenue, 8th Floor
12   *Fidelis Holdings Henderson LLC*               Boston, MA 02111

13                                                  *Attorneys for Defendant*
                                                    *Learned J. Hand*

17  This stipulation is hereby GRANTED.     **ORDER**
18  The motion at Docket No. 40 is hereby
    DENIED as moot.                         **IT IS SO ORDERED.**

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                            DATE: September 15, 2015

2