# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FIDELIS HOLIDNGS, LLC, a Nevada limited liability company; FIDELIS HOLDINGS LAS VEGAS, LLC, a Nevada limited liability company; FIDELIS HOLDINGS HENDERSON, LLC, a Nevada limited liability company,

          Plaintiffs,

vs.

LEARNED J. HAND,

          Defendant.

Case No.: 2:15-cv-00147-GMN-NJK

**ORDER**

Pending before the Court is the Motion for Leave to File Dispositive Motion (ECF No. 52) filed by Defendant Learned J. Hand ("Defendant"). Plaintiffs Fidelis Holdings, LLC, Fidelis Holdings Las Vegas, LLC, and Fidelis Holdings Henderson, LLC (collectively "Plaintiffs") filed a Response (ECF No. 53), and Defendant filed a Reply (ECF No. 54).

During the course of briefing the instant motion, the parties agreed that Plaintiffs' remaining claims are barred under the doctrine of *res judicata* and that this case should be dismissed. (Response 2:8–10; Reply 3:27–28). Accordingly, the Court dismisses Plaintiffs' Amended Complaint with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that Plaintiffs' Amended Complaint (ECF No. 38) is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 46) and Motion for Partial Summary Judgment (ECF No. 49) are **DENIED as moot**.

The Clerk of the Court shall enter judgment accordingly and thereafter close this case.

**DATED** this __2__ day of May, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court