UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIDELIS HOLDINGS, LLC, *et al.*, ) | |
| ) Plaintiffs, ) | Case No.: 2:15-cv-00147-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| LEARNED J. HAND, ) | |
| ) Defendant. ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 65), which recommends that Defendant Learned J. Hand's Motion for Attorney Fees, (ECF No. 58), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

1     **IT IS ORDERED** that the Report and Recommendation, (ECF No. 65), is
2 **ACCEPTED.**

3     **IT IS FURTHER ORDERED** that Defendant Learned J. Hand's Motion for Attorney
4 Fees, (ECF No. 58), is GRANTED IN PART AND DENIED IN PART as follows: (1) the
5 request for attorneys' fees of Nevada local counsel be awarded in the amount of $25,491; (2)
6 the request for attorneys' fees of lead counsel through February 2016 be denied; (3) the request
7 for attorneys' fees of lead counsel from March 2016 through May 2016 be awarded in the
8 amount of $3,250; and (4) the request for non-taxable costs be granted in the amount of
9 $440.82.

10     **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

11     **DATED** this __25__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court