# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Fidelis Holdings, LLC, et al

Plaintiffs,

V.

Learned J. Hand

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:15-cv-00147-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Defendant Learned J. Hand's Motion for Attorney Fees pursuant to Order #66

January 26, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk